IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00466-GCM
(3:92-cr-00270-GCM-10)

| | |
|---|---|
| WALTER LITTLE, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**THIS MATTER** is before the Court on consideration of Respondent's motion to stay the disposition of Petitioner's § 2255 Motion to Vacate. (Doc. No. 4). Petitioner does not oppose the motion.

In his § 2255 Motion to Vacate, Petitioner challenges his designation as a career offender under § 4B1.2 of the U.S. Sentencing Guidelines Manual, relying on the Supreme Court's decision in United States v. Johnson, 135 S. Ct. 2551 (2015), in which the Court struck down the residual clause of the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), after concluding that it violated due process because it was unconstitutionally vague.

Because resolution of the issues involved in the Beckles v. United States case may have a bearing on the disposition of Petitioner's case, and noting no objection from Petitioner, the Court will grant Respondent's motion.

**IT IS, THEREFORE, ORDERED** that Respondent's motion to stay is **GRANTED**, (Doc. No. 4), and Respondent shall have 60-days from the date the Supreme Court renders its decision in Beckles v. Unites States to file a response to Petitioner's § 2255 Motion to Vacate.

1

Petitioner may file a reply to the Respondent's response in accordance with the Local Rules.

**SO ORDERED**.

Signed: November 14, 2016

Graham C. Mullen
United States District Judge